UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-14210-RLR

**DAVID POSCHMANN,**

       **Plaintiff,**

v.

**CURRY ON FLEMING, LLC**

       **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, David Poschmann, and Defendant, Curry on Fleming, LLC, by and through their undersigned attorneys, hereby serve notice that the parties in this action have agreed upon a resolution of the claims in this case and are presently working on preparing any necessary documents to be filed with the Court.

Dated: August 4, 2020

| | |
|---|---|
| s/*Drew M. Levitt* | s/*Christine F. Gay* |
| Drew M. Levitt, Esq. | Christine Fuqua Gay |
| (FBN: 782246) | (FBN 26009) |
| Email: drewmlevitt@gmail.com | e-mail: christine.gay@hklaw.com |
| Lee D. Sarkin, Esq. | HOLLAND & KNIGHT LLP |
| (FBN: 962848) | 701 Brickell Avenue, Suite 3300 |
| Email: Lsarkin@aol.com | Miami, Fl 33131 |
| 4700 NW Boca Raton Blvd. #302 | Phone (305) 789-7447/Fax (305) 789-7799 |
| Boca Raton, Florida 33431 | ***Counsel for Defendant*** |
| ***Counsel for Plaintiff*** | |

#77630519_v1