UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-14210-RLR

**DAVID POSCHMANN,**

        **Plaintiff,**

v.

**CURRY ON FLEMING, LLC**

        **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DAVID POSCHMANN ("Plaintiff"), and Defendant, CURRY ON FLEMING, LLC ("Defendant"), hereby file this Joint Stipulation of Dismissal with Prejudice, stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties jointly and voluntarily stipulate and agree that all claims, disputes, and controversies between Plaintiff and Defendant in the above-captioned action are hereby dismissed, with prejudice, and that each of Plaintiff and Defendant shall bear their own attorneys' fees, costs, and expenses of litigation.

Dated:  August 17, 2020

| | |
|---|---|
| s/*Drew M. Levitt* | s/*Christine F. Gay* |
| Drew M. Levitt, Esq. (FBN: 782246) | Christine Fuqua Gay (FBN 26009) |
| Email: drewmlevitt@gmail.com | e-mail: christine.gay@hklaw.com |
| Lee D. Sarkin, Esq. (FBN: 962848) | HOLLAND & KNIGHT LLP |
| Email: Lsarkin@aol.com | 701 Brickell Avenue, Suite 3300 |
| 4700 NW Boca Raton Blvd., #302 | Miami, Fl 33131 |
| Boca Raton, Florida 33431 | Phone (305) 789-7447/Fax (305) 789-7799 |
| **Counsel for Plaintiff** | **Counsel for Defendant** |

#77814141_v1